

Local Form 7
Eff 11/2022

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

CASE NAME: Mary E. Hawkins

CASE NUMBER: 24-12251-TWD

**CHANGE OF ADDRESS**

**This change of address is being made by:**

☑ Debtor  ☐ Joint Debtor  ☐ Creditor  ☐ Other

Attorneys with an ECF account must update their address in PACER.

**Proof of Claim # (if applicable):** _____

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by US mail to your mailing address. You will continue to receive court orders and notices via email.

| Old Mailing/Noticing Address: | New Mailing/Noticing Address: |
|---|---|
| Name: Mary E. Hawkins | Name: Mary E. Hawkins |
| Address: 16410 Ne 169th Pl | Address: 13110 NE 177th Pl, Ste B101 #3017 |
| City, State, Zip Code: Woodinville, WA 98072-8164 | City, State, Zip Code: Woodinville, WA 98072 |
| **Old Payment Address** (claimant/creditor only): | **New Payment Address** (claimant/creditor only): |
| Name: | Name: |
| Address: | Address: |
| City, State, Zip Code: | City, State, Zip Code: |

Date: 9/12/2024

Signature of Party(s) Requesting Change:
s/ Mary E. Hawkins

**See LBR 9011-1 for requirements relating to change of address, telephone number or email address.**